UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

Case No. 3:07CV-147-S

| | |
|---|---|
| MARTHA FIELDS, EXECUTRIX OF<br>ESTATE OF WILLIAM J. FIELDS | PLAINTIFF |
| v. | |
| PINE TREE VILLA, LLC<br>d/b/a HARBORSIDE HEALTHCARE –<br>PINE TREE VILLA REHABILITATION<br>AND NURSING CENTER | DEFENDANT |

## NOTICE OF REMOVAL

Defendant, Pine Tree Villa, LLC d/b/a Harborside Healthcare –Pine Tree Villa Rehabilitation and Nursing Center (hereinafter, "Harborside") hereby removes to the United States District Court for the Western District of Kentucky, at Louisville, the action captioned *Martha Fields, Executrix of Estate of William J. Fields v. Pine Tree Villa, LLC db/a Harborside Healthcare – Pine Tree Villa Rehabilitation and Nursing Center,* Case No. 07-CI-02065, which is currently pending in Jefferson Circuit Court, in the Commonwealth of Kentucky.  As grounds for its removal of the Action, Defendants state:

1.   On February 27, 2007, Martha Fields ("Plaintiff") filed a Complaint in Jefferson County Circuit Court, Case No. 07-CI-02065.  Defendants were served with a summons and a copy of a Complaint on February 28, 2007, through its agent, CT Corporation System.  Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a), as attachment A.

2.   Plaintiff is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 07-CI-02065, a citizen of the Commonwealth of Kentucky.

3.      Defendant Harborside at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 07-CI-02065, a limited liability company organized under the laws of the state of Delaware and having its principal place of business in Boston, Massachusetts.

4.      This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. 1332(a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. 1441(a), as this is an action between citizens of different states.

5.      Due to the allegations raised in the Complaint attached hereto, Harborside believes that Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interest and costs.

6.      This Notice of Removal is filed within thirty (30) days after Harborside received a copy of Plaintiff's Complaint on February 28, 2007, as required by 28 U.S.C. 1446(b).

7.      A copy of this Notice of Removal has been filed with the Clerk for the Jefferson Circuit Court, in the Commonwealth of Kentucky and served upon other counsel of record, attached hereto as Attachment B.

Respectfully submitted

**FROST BROWN TODD LLC**

s/ Marcia L. Pearson_____
Robert Y. Gwin
rgwin@fbtlaw.com
Marcia L. Pearson
mpearson@fbtlaw.com
400 West Market Street, 32nd floor
Louisville, Kentucky 40202-3363
Telephone:  (502) 589-5400
Facsimile:  (502) 581-1087

*Counsel for Pine Tree Villa, LLC
d/b/a Harborside Healthcare – Pine Tree
Villa Rehabilitation and Nursing Center*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19th, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Donald L. Miller, II, Marcia L. Pearson and by other means to:

Michael J. Kitchen
J. Bruce Miller Law Group
605 West Main Street
Louisville, Kentucky 40202

                                        s/ Marcia L Pearson
                                        *Counsel for Defendants*

LOULibrary 0108385.0548941  627708v.1