**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**MARTHA FIELDS**     **PLAINTIFF**

**VS**     **CIVIL ACTION NO. 3:07CV-147-S**

**PINE TREE VILLA, LLC**     **DEFENDANT**

**ORDER**

Counsel having notified the Court of a settlement in this matter, **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Dated:

Copies to counsel